### LEAK v. STATE. (No. 9877.)

(Court of Criminal Appeals of Texas. Dec. 16, 1925.)

Criminal law ⟨key⟩1131(5)—Appeal of defendant who has escaped and has not been recaptured at time of hearing will be dismissed.

Under Code Cr. Proc. 1925, art. 824, where accused had escaped from jail, and up to time of hearing on appeal had not been recaptured, appeal will be dismissed.

Appeal from District Court, Red River County; R. J. Williams, Judge.

Forney Leak was convicted of passing a forged instrument, and he appeals. Appeal dismissed.

Sturgeon & Wiygul, of Paris, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Appellant is under conviction for passing a forged instrument, his punishment having been assessed at confinement in the penitentiary for three years.

By affidavit of the sheriff of Red River county it is made to appear that pending this appeal appellant was confined in the jail of Red River county, from which he has escaped, and up to the present time has not been recaptured. Under article 824, 1925 Revision (Code Civ. Proc.), the jurisdiction of this court is ousted by reason of appellant's escape, and the appeal is dismissed.